**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re STEVEN WAYNE BONILLA cases | Case Nos. CV-18-7603-DMG (JPR), CV-18-7606-DMG (JPR), CV-18-7607-DMG (JPR), CV-18-7724-DMG (JPR), CV-18-7725-DMG (JPR), CV-18-7726-DMG (JPR), CV-18-7696-DMG (JPR), CV-18-7699-DMG (JPR), CV-18-7732-DMG (JPR), CV-18-7735-DMG (JPR), CV-18-7737-DMG (JPR), CV-18-8252-DMG (JPR), CV-18-8253-DMG (JPR), CV-18-8255-DMG (JPR), CV-18-8256-DMG (JPR), CV-18-8257-DMG (JPR), CV-18-8258-DMG (JPR), CV-18-8259-DMG (JPR), CV-18-8869-DMG (JPR)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that these actions are dismissed with prejudice.

DATED: October 31, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE